# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PETITIONER**

v.                          **Case No. 4:11-mc-3-DPM**

**WILLIE GIBSON**                                              **RESPONDENT**

## ORDER

Because the United States has been unable to locate Willie Gibson,

*Document Nos. 5, 6, 7, & 8,* this case is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____8 June 2011_____