IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PETITIONER

v.                    Case No. 4:11-mc-3-DPM

WILLIE GIBSON                                               RESPONDENT

JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2011